**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOUNG HO KIM, an individual, | Case No. 2:16-cv-03337 FMO (MRWx) |
| Plaintiff, | Hon. Fernando M. Olguin, Courtroom 22 |
| vs. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| TRANS UNION LLC, a Delaware Limited Liability Company; EXPERIAN INFORMATION SOLUTION, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC., a Georgia Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Young Ho Kim has announced to the Court that all matters in controversy against Defendants Trans Union LLC, Experian Information Solutions, Inc. and Equifax Information Services, LLC have been resolved. A Stipulation of Dismissal without Prejudice has been signed and was filed with the Court on November 16, 2016. Having considered the Stipulation of Dismissal without Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Young Ho Kim against Defendants Trans Union LLC, Experian
3  Information Solutions, Inc., and Equifax Information Services, LLC are in all
4  respects dismissed without prejudice, with court costs to be paid by the party
5  incurring same.

6

7  DATED: February 24, 2017                         /s/
8                                          Hon. Fernando M. Olguin
                                           United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On February 24, 2017, I served true copies of the following document(s) described as **[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 24, 2017, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

1033520.1

3

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

# SERVICE LIST

| | |
|---|---|
| Roland Au<br>John Y. Kim<br>LAW OFFICES OF KIM, AU & ASSOCIATES<br>101 S. Western Avenue, Second Floor<br>Los Angeles, CA  90004<br>Phone:  (213) 252-8008<br>Fax:     (213) 252-8009<br>Email: roland@kimaulaw.com<br>*Attorneys for Plaintiff* | Thomas P. Quinn, Jr.<br>NOKES AND QUINN<br>410 Broadway, Suite 200<br>Laguna Beach, CA  92651<br>Phone:  (949) 376-3500<br>Fax:     (949) 376-3070<br>Email: tquinn@nokesquinn.com<br>*Attorneys for Defendant Equifax Information Services, LLC* |
| Alexandra N. Fries<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071<br>Phone:  (213) 489-3939<br>Fax:     (213) 243-2539<br>Email: afries@jonesday.com<br>*Attorneys for Defendant Experian Information Solutions, Inc.* | |